# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
Rec'd 5/18/06
★ MAY 19 ...
BROOKLYN OFFICE

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By
Mecca S. Carter
Deputy Clerk

Attachment

cc:   Transferee Judge:      Judge Jack B. Weinstein
        Transferor Judges:     (See Attached List of Judges)
        Transferor Clerk:       Richard W. Wieking

JPML Form 36



A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY     2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for
the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to
28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern
District of New York. With the consent of that court, all such actions have been assigned to the
Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are
common to the actions previously transferred to the Eastern District of New York and assigned to
Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,
199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the
Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d
1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B.
Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United
States District Court for the Eastern District of New York. The transmittal of this order to said
Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of
opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be
continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01239-MMC   Document 9   Filed 08/28/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

# SCHEDULE CTO-49 - TAG-ALONG ACTIONS
# DOCKET NO. 1596
# IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST, DIV. C.A. #                CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829  SC        Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830  WHA       Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832  JSW       Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833  CRB       James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892  MJJ       Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895  WHA       Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902  WHA       Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908  MJJ       Zachary Gilman v. Eli Lilly & Co.
~~CAN 3  05-5009~~        ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  05-5011~~        ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5013  WHA       Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029  PJH       Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032  PJH       Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033  MJJ       Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074  MHP       Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077  WHA       Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078  SC        Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093  PJH       David Strawn v. Eli Lilly & Co.
CAN 3  05-5094  PJH       Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096  JSW       Michael Keizur v. Eli Lilly & Co.
~~CAN 3  05-5149~~        ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5150  WHA       Jeffrey Oldewurtel v. Eli Lilly & Co.
~~CAN 3  05-5152~~        ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5153  MMC       Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266  SBA       Duane Long v. Eli Lilly & Co.
CAN 3  05-5267  PJH       Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268  MJJ       Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269  JSW       Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31   JSW        Jeannie Swartz v. Eli Lilly & Co.
~~CAN 3  06-35~~          ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-40~~          ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-41   WHA        Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248  EDL        Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252  WHA        Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253  JSW        Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894  WHA        Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895  PJH        Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896  TEH        Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897  SBA        Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898  MMC        Celita Finney v. Eli Lilly & Co.
CAN 3  06-899  SC         Duane Windom v. Eli Lilly & Co.
CAN 3  06-900  WHA        Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901  MMC        Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903  WHA        Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904  SC         Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905  TEH        Della Collins v. Eli Lilly & Co.
CAN 3  06-952  SC         Constance Heg v. Eli Lilly & Co.
CAN 3  06-955  SBA        Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956  PJH        Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957  MJJ        Linda Wright v. Eli Lilly & Co.
CAN 3  06-958  WHA        Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 2 of 9

CAN 3  06-959        Philip G. Roulo, et al. v. Eli Lilly & Co.
CAN 3  06-960        Richard Anderson v. Eli Lilly & Co.
CAN 3  06-961        Paul E. Boring, et al. v. Eli Lilly & Co.
CAN 3  06-962        Silas Bennett, et al. v. Eli Lilly & Co.
CAN 3  06-965        Rhona Smith, et al. v. Eli Lilly & Co.
CAN 3  06-966        Sherry Stone, et al. v. Eli Lilly & Co.
CAN 3  06-967        Timmons Hill v. Eli Lilly & Co.
CAN 3  06-968        Violet Adamovich, et al. v. Eli Lilly & Co.
CAN 3  06-969        Laurie Woloszyn v. Eli Lilly & Co.
CAN 3  06-970        Tania Rupert, et al. v. Eli Lilly & Co.
CAN 3  06-972        Vickie Abasta v. Eli Lilly & Co.
CAN 3  06-976        Anthony Jackson v. Eli Lilly & Co.
CAN 3  06-979        Estella Mullings v. Eli Lilly & Co.
CAN 3  06-981        Cheryl Hill v. Eli Lilly & Co.
CAN 3  06-983        Aaron Roberts v. Eli Lilly & Co.
CAN 3  06-984        Mary Willhoite v. Eli Lilly & Co.
CAN 3  06-987        Tuesday Golden, et al. v. Eli Lilly & Co.
CAN 3  06-989        Vag Mayi v. Eli Lilly & Co.
CAN 3  06-990        Constance Fuller v. Eli Lilly & Co.
CAN 3  06-991        Louise Rodriguez v. Eli Lilly & Co.
CAN 3  06-994        Jason Evans v. Eli Lilly & Co.
CAN 3  06-995        Aaron Kirkland v. Eli Lilly & Co.
CAN 3  06-996        Laura Dalena v. Eli Lilly & Co.
CAN 3  06-997        Roger Mount, et al. v. Eli Lilly & Co.
CAN 3  06-998        Teresa Brando v. Eli Lilly & Co.
CAN 3  06-999        Linda Hilton v. Eli Lilly & Co.
CAN 3  06-1001       Adam Santucci v. Eli Lilly & Co.
CAN 3  06-1003       Assefa Enkuneh v. Eli Lilly & Co.
CAN 3  06-1004       Linda Tafoya-Bassett, et al. v. Eli Lilly & Co.
CAN 3  06-1005       Cheryl D. Adams v. Eli Lilly & Co.
CAN 3  06-1006       Kathleen Koche v. Eli Lilly & Co.
CAN 3  06-1007       Juan Saffold v. Eli Lilly & Co.
CAN 3  06-1008       Gloria Scott v. Eli Lilly & Co.
CAN 3  06-1009       Mary Smith v. Eli Lilly & Co.
CAN 3  06-1010       Craig Lucas v. Eli Lilly & Co.
CAN 3  06-1011       Charmine Laney v. Eli Lilly & Co.
CAN 3  06-1013       Karen Jones v. Eli Lilly & Co.
CAN 3  06-1023       Pat Colvin, et al. v. Eli Lilly & Co.
CAN 3  06-1024       Charles H. Butler, et al. v. Eli Lilly & Co.
CAN 3  06-1025       Bart Russell v. Eli Lilly & Co.
CAN 3  06-1026       Deborah Hargraves v. Eli Lilly & Co.
CAN 3  06-1027       Robin Mcgowan v. Eli Lilly & Co.
CAN 3  06-1028       Josie Miller v. Eli Lilly & Co.
CAN 3  06-1029       Ralph Cole v. Eli Lilly & Co.
CAN 3  06-1031       Theodore Comer, et al. v. Eli Lilly & Co.
CAN 3  06-1033       Craig Green v. Eli Lilly & Co.
CAN 3  06-1034       Judith Kokesh, et al. v. Eli Lilly & Co.
CAN 3  06-1035       Hollis Greenspan v. Eli Lilly & Co.
CAN 3  06-1036       Mildred Robek, et al. v. Eli Lilly & Co.
CAN 3  06-1037       Linda Rockman v. Eli Lilly & Co.
CAN 3  06-1039       John Molinaro, et al. v. Eli Lilly & Co.
CAN 3  06-1040       John Wardlow v. Eli Lilly & Co.
CAN 3  06-1041       Henry Wolfe, et al. v. Eli Lilly & Co.
CAN 3  06-1042       Karlina Ann Temple, et al. v. Eli Lilly & Co.
CAN 3  06-1043       Scott Murphy v. Eli Lilly & Co.
CAN 3  06-1044       Sabenna D. Burgess v. Eli Lilly & Co.
CAN 3  06-1045       John Sgarlata, et al. v. Eli Lilly & Co.
CAN 3  06-1046       Timothy Savage v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1049       Benjamin Wolf v. Eli Lilly & Co. Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1050 | Howard Grove, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1051 | Anna Andrake, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1052 | Connie L. Zimmerman, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1053 | Patricia D. Sowa, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1054 | Priscilla Shrader v. Eli Lilly & Co. |
| CAN 3 | 06-1056 | Janet Janssen v. Eli Lilly & Co. |
| CAN 3 | 06-1057 | Mary Kathryn Isom, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1058 | Dean Brenner, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1060 | Cathy Strickland, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1061 | Joseph Teleky, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1062 | Brenda Hunter v. Eli Lilly & Co. |
| CAN 3 | 06-1063 | Steven Tomaselli v. Eli Lilly & Co. |
| CAN 3 | 06-1064 | Theresa Trotman v. Eli Lilly & Co. |
| CAN 3 | 06-1076 | Michael D. Raynor, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1077 | Rommell Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1078 | Noemi Hernandez v. Eli Lilly & Co. |
| CAN 3 | 06-1079 | Wandy Deasy v. Eli Lilly & Co. |
| CAN 3 | 06-1080 | Joe Flores v. Eli Lilly & Co. |
| ~~CAN 3 06-1081~~ | | ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1082 | Felipe Flores v. Eli Lilly & Co. |
| CAN 3 | 06-1083 | Jamal G. Treadwell v. Eli Lilly & Co. |
| CAN 3 | 06-1084 | Ward Marks v. Eli Lilly & Co. |
| CAN 3 | 06-1085 | Carroll Vanover v. Eli Lilly & Co. |
| CAN 3 | 06-1086 | Sandy Laverich v. Eli Lilly & Co. |
| CAN 3 | 06-1088 | Alberta Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1090 | Greg Bauder v. Eli Lilly & Co. |
| CAN 3 | 06-1091 | Linda Soule v. Eli Lilly & Co. |
| CAN 3 | 06-1093 | Pampatha Mitchell, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1096 | Keith Bacon v. Eli Lilly & Co. |
| CAN 3 | 06-1099 | James Fraser v. Eli Lilly & Co. |
| CAN 3 | 06-1100 | Lois Osenga v. Eli Lilly & Co. |
| CAN 3 | 06-1103 | Brandon Holmes v. Eli Lilly & Co. |
| CAN 3 | 06-1106 | Gary Gauthier v. Eli Lilly & Co. |
| CAN 3 | 06-1108 | Leilani Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1110 | Theresa Hill v. Eli Lilly & Co. |
| CAN 3 | 06-1111 | Marguerite Joiner v. Eli Lilly & Co. |
| CAN 3 | 06-1112 | Glenna Rohr v. Eli Lilly & Co. |
| CAN 3 | 06-1113 | Diana Platts v. Eli Lilly & Co. |
| CAN 3 | 06-1116 | Toni Iness v. Eli Lilly & Co. |
| CAN 3 | 06-1117 | Carlos Garcia v. Eli Lilly & Co. |
| CAN 3 | 06-1118 | Jason Skaggs v. Eli Lilly & Co. |
| CAN 3 | 06-1119 | Kimberly Johnson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1122 | James Thomas v. Eli Lilly & Co. |
| CAN 3 | 06-1123 | Bruce Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1124 | Jeffrey Hamlet v. Eli Lilly & Co. |
| CAN 3 | 06-1125 | Timothy Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1126 | James Arns v. Eli Lilly & Co. |
| CAN 3 | 06-1127 | Severa Cruz v. Eli Lilly & Co. |
| CAN 3 | 06-1128 | Brian Rickard v. Eli Lilly & Co. |
| CAN 3 | 06-1129 | Peter Klein, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1131 | James J. Duchnowski, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1132 | Jamel Easterly, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1133 | Alvie M. Laver v. Eli Lilly & Co. |
| CAN 3 | 06-1134 | Shirley Eddy v. Eli Lilly & Co. |
| CAN 3 | 06-1135 | Robin Cameron, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1155 | Lisa Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1156 | Dale Hoblit, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1158 | William C. Briggs, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1159 | Norine Ciaio v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 4 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1160 | Yash Kapur v. Eli Lilly & Co. |
| CAN 3 | 06-1161 | Doreen Bell v. Eli Lilly & Co. |
| CAN 3 | 06-1162 | William O'brien v. Eli Lilly & Co. |
| CAN 3 | 06-1163 | Kimberly Hopkins v. Eli Lilly & Co. |
| CAN 3 | 06-1164 | Florence Karolyi v. Eli Lilly & Co. |
| CAN 3 | 06-1168 | Kathlene Cheriki v. Eli Lilly & Co. |
| CAN 3 | 06-1170 | Susan Kline v. Eli Lilly & Co. |
| CAN 3 | 06-1171 | Dennis Muschitz v. Eli Lilly & Co. |
| CAN 3 | 06-1172 | Patricia Banks v. Eli Lilly & Co. |
| CAN 3 | 06-1174 | David Chismar, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1175 | Virginia Craig v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1178~~ | ~~Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1179 | Lehman Brownell v. Eli Lilly & Co. |
| CAN 3 | 06-1180 | Yolanda Araujo v. Eli Lilly & Co. |
| CAN 3 | 06-1182 | Karen Halechko v. Eli Lilly & Co. |
| CAN 3 | 06-1184 | Gerald Garfield, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1185 | Tyna Bass v. Eli Lilly & Co. |
| CAN 3 | 06-1186 | Antonio Daniel v. Eli Lilly & Co. |
| CAN 3 | 06-1187 | Pat Miller, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1188 | Alberta Oliviri v. Eli Lilly & Co. |
| CAN 3 | 06-1190 | Juawawno Boone v. Eli Lilly & Co. |
| CAN 3 | 06-1194 | Anne Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1195 | Paul Matthews v. Eli Lilly & Co. |
| CAN 3 | 06-1198 | Ann Marie Gianetto v. Eli Lilly & Co. |
| CAN 3 | 06-1199 | Kathy Martin v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1200~~ | ~~Gould Meclarny v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1201 | Waymon Donat v. Eli Lilly & Co. |
| CAN 3 | 06-1202 | Richard Jenkins, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1204 | Frank Giacomazzo v. Eli Lilly & Co. |
| CAN 3 | 06-1206 | Letha Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1207 | Patricia Glenn, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1209 | Judith A. Gunnette, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1230 | John Bowermaster v. Eli Lilly & Co. |
| CAN 3 | 06-1231 | Patrick Callaway v. Eli Lilly & Co. |
| CAN 3 | 06-1232 | Mary Lee v. Eli Lilly & Co. |
| CAN 3 | 06-1233 | Barbara Pupo v. Eli Lilly & Co. |
| CAN 3 | 06-1235 | Iris Wohlt, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1236 | Darrel Vail v. Eli Lilly & Co. |
| CAN 3 | 06-1237 | Charles Coffman v. Eli Lilly & Co. |
| CAN 3 | 06-1239 | Lauree Ward v. Eli Lilly & Co. |
| CAN 3 | 06-1240 | Patricia Pirotta v. Eli Lilly & Co. |
| CAN 3 | 06-1241 | Larry Pancher v. Eli Lilly & Co. |
| CAN 3 | 06-1242 | Jo Marie Santi v. Eli Lilly & Co. |
| CAN 3 | 06-1244 | Gail F. Cowher v. Eli Lilly & Co. |
| CAN 3 | 06-1245 | Cox v. Eli Lilly & Co. |
| CAN 3 | 06-1246 | Kenneth Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1263 | William J. Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1267 | Kimberly Santagata, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1269 | Harrison Sarver, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1270 | Rivers v. Eli Lilly & Co. |
| CAN 3 | 06-1273 | Marianne Capelie, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1274 | Kathleen Mark, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1281 | Scott M. Tucker v. Eli Lilly & Co. |
| CAN 3 | 06-1282 | Nancy L. French v. Eli Lilly & Co. |
| CAN 3 | 06-1293 | Michael J. Watkins v. Eli Lilly & Co. |
| CAN 3 | 06-1294 | Gerald L. Fletcher v. Eli Lilly & Co. |
| CAN 3 | 06-1297 | Pamela A. Pence, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1299 | Ashraf M. Hashmi v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1308~~ | ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

CAN 3  06-1310  Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312  Beth Smith, et al. v. Eli Lilly & Co.
~~CAN 3  06-1313  Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1320  Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327  Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328  Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330  Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333  Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334  Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339  Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340  Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343  Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344  Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354  Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356  Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373  Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374  Donna M. Strasburger v. Eli Lilly & Co.
~~CAN 3  06-1376  Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1379  Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382  Donald R. Dimartino v. Eli Lilly & Co.
~~CAN 3  06-1387  Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3  06-1388  Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389  Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392  Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393  Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396  Charlene West v. Eli Lilly & Co.
CAN 3  06-1397  Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398  Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400  Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401  Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404  Robert Young v. Eli Lilly & Co.
CAN 3  06-1405  Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406  Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432  Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433  Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435  David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437  Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439  Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442  Barrett v. Eli Lilly & Co.
CAN 3  06-1443  Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457  Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458  Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460  Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462  Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465  Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466  James Cutter v. Eli Lilly & Co.
CAN 3  06-1467  Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468  Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469  Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472  Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473  Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476  Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477  Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479  Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480  Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481  Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482  Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484  Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486  Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 6 of 9

CAN 3  06-1487          Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489          William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490          Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491          Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493          David Martinez v. Eli Lilly & Co.
CAN 3  06-1494          Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495          Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497          Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525          Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527          Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530          Joel Feser v. Eli Lilly & Co.
~~CAN 3  06-1532          Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1533          Eric Padgett v. Eli Lilly & Co.
~~CAN 3  06-1534          Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1537          Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538          Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540          Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542          Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543          William Maloney v. Eli Lilly & Co.
CAN 3  06-1544          Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547          Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548          Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549          Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550          Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552          Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553          Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554          Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556          Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559          Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562          David Bell v. Eli Lilly & Co.
CAN 3  06-1563          Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565          Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566          Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567          Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605          Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606          Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611          Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613          Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614          Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615          Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618          Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620          Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622          Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623          Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624          Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625          Nicholas Gonzales v. Eli Lilly & Co.
~~CAN 3  06-1626          Ann Dutton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1627          Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628          Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643          James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644          Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692          Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693          Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697          Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699          James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701          Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702          Marcella L. Lowry v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)

| | | |
|---|---|---|
| CAN 3 | 06-1705 SC | Donald D. Hetrick v. Eli Lilly & Co. |
| CAN 3 | 06-1706 JSW | Carol S. Buvoltz v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1708~~ | ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 | 06-1709 SI | Ronald J. Elardo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1712 WHA | Beverly Sikora, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1757~~ | ~~Linda L. Nevei v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1758 SC | Gina Mcdonald v. Eli Lilly & Co. |
| CAN 3 | 06-1761 MHT | Tracy K. Mueller v. Eli Lilly & Co. |
| CAN 3 | 06-1770 SI | Madeline Elsener v. Eli Lilly & Co. |
| CAN 3 | 06-1787 MJJ | Joe Stevenson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1788 MJJ | Helene M. Lotka v. Eli Lilly & Co. |
| CAN 3 | 06-1819 SC | Don Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1825 WHA | Darren A. Wimley v. Eli Lilly & Co. |
| CAN 3 | 06-1847 PJH | Shireen L. Thomas, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1852 MJJ | Curtis C. Tomkins v. Eli Lilly & Co. |
| CAN 3 | 06-1856 PJH | Irish G. Whaley v. Eli Lilly & Co. |
| CAN 3 | 06-1859 MJJ | Conrad F. Sammet, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1860 SI | Brandy L. Rooks, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1931 JSW | Jorenda Bolden v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2038~~ | ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-2188~~ | ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2283 WHA | Johnnena Washington v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2385~~ | ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06 |
| ~~CAN 3~~ | ~~06-2386~~ | ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2398 MHT | Duane Inks v. Eli Lilly & Co. |
| CAN 3 | 06-2399 MJJ | Eunice Asher v. Eli Lilly & Co. |
| CAN 3 | 06-2420 JSW | Eiraje Hajebi, et al. v. Eli Lilly & Co., et al. |
| CAN 3 | 06-2421 JSW | David Engstrom, et al. v. Eli Lilly & Co., et al. |
| ~~CAN 3~~ | ~~06-2489~~ | ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2609 MJJ | Eric John Hornisher, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4831 | Don Pledger, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4894 | Tonya Alexander v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~05-5097~~ | ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 4~~ | ~~05-5098~~ | ~~Shannon La' Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 05-5099 | Timothy O'neill v. Eli Lilly & Co. |
| CAN 4 | 05-5148 | Mark Sewell v. Eli Lilly & Co. |
| CAN 4 | 05-5151 | Tammy Kelly, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-5291 | Alberta Smiley-Harris v. Eli Lilly & Co. |
| CAN 4 | 05-5292 | Denine Cook v. Eli Lilly & Co. |
| CAN 4 | 06-8 | Jerry Lee Ginn, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-39 | Viola Ward v. Eli Lilly & Co. |
| CAN 4 | 06-250 | David Sensenig v. Eli Lilly & Co. |
| CAN 4 | 06-893 | George Carmack v. Eli Lilly & Co. |
| CAN 4 | 06-906 | Franklin Fraley v. Eli Lilly & Co. |
| CAN 4 | 06-954 | Patsy Shows v. Eli Lilly & Co. |
| CAN 4 | 06-973 | Sidney Carson, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-974 | Patricia Grillot v. Eli Lilly & Co. |
| CAN 4 | 06-977 | Daniel Lemke v. Eli Lilly & Co. |
| CAN 4 | 06-980 | Natalie Summers v. Eli Lilly & Co. |
| CAN 4 | 06-985 | Ruth Porter, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-988 | Ronald Kemp v. Eli Lilly & Co. |
| CAN 4 | 06-993 | Steven Dektor v. Eli Lilly & Co. |
| CAN 4 | 06-1022 | Martha Meyer, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1030 | John Luthy v. Eli Lilly & Co. |
| CAN 4 | 06-1032 | James P. Ledney, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1038 | Hazel Blumenschein v. Eli Lilly & Co. |
| CAN 4 | 06-1048 | Dante Barfield v. Eli Lilly & Co. |
| CAN 4 | 06-1055 | Faye Montgomery v. Eli Lilly & Co. |
| CAN 4 | 06-1059 | Dennis Taylor, et al. v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 8 of 9

| CAN 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4 06-1234~~ | | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4 06-1309~~ | | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN 4 | 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN 4 | 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN 4 | 06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

## INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton '
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102